UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES EUGENE VINSON, ) )       Petitioner, ) ) VS. ) ) UNITED STATES OF AMERICA, ) )       Respondent. ) | CIVIL ACTION NO. 3:20-CV-0071-G-BT |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 6, 2021, and any objections thereto, the court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the court. It is, therefore, **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

     SO ORDERED.

January 3, 2022.

                                                            _____
                                                             A. JOE FISH
                                                             Senior United States District Judge